Ernie Samuel

P.O. Box 216

Roswell, GA 30077

mia4show2011@gmail.com

04/20/2025

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 23 2025

KEVIN P. WEIMER, Clerk
By Matthew H, Deputy Clerk

1:25-CV-2244

Clerk of Court

U.S. District Court

Northern District of Georgia

Atlanta Division

75 Ted Turner Dr. SW

Atlanta, GA 30303

RE: Filing of Civil Complaint – Ernie Samuel v. Tesla, Inc.

Dear Clerk of Court,

My name is Ernie Samuel, and I am filing a pro se civil complaint against Tesla, Inc..

I am proceeding in forma pauperis and have enclosed the following documents for filing:

- Civil Complaint
- Civil Cover Sheet
- Summons
- Application to Proceed In Forma Pauperis (IFP)
- [Optional] Request for U.S. Marshal Service

I respectfully request that the Court file-stamp a copy of the complaint and return it to me at the address listed above. As I do not have the financial means to provide a self-addressed stamped envelope, I kindly ask the Court to send it back without one.

Thank you for your time and assistance.


Sincerely,

Ernie Samuel

Pro Se Plaintiff

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 23 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

Ernie Samuel,

Plaintiff,

v.

TESLA, INC., / Corporation Service Company

Defendant.

1:25-CV-2244

Case No. _____

## COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

Plaintiff, proceeding pro se, brings this complaint against Defendant Tesla, Inc., and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1367 (supplemental jurisdiction), and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301.

2. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Georgia and Defendant Tesla conducts substantial business in this district.

## II. PARTIES

3. Plaintiff is an individual residing in Roswell Georgia, currently without income or employment, filing this complaint in forma pauperis.

4. Defendant Tesla, Inc. is a Delaware corporation with a service center in Kennesaw and Duluth, Georgia. Tesla's registered agent in Georgia is Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

## III. FACTUAL BACKGROUND

5. On or about October 15, 2024, Plaintiff purchased a flood-damaged Tesla vehicle from Copart, understanding the vehicle came without warranty.

6. Plaintiff scheduled a diagnostic appointment with Tesla Service Center in October 2024, but the vehicle was not seen until December 2024.

7. At the December 2024 appointment, Plaintiff specifically requested a full diagnostic to assess needed repairs. Tesla ignored or removed this request and failed to conduct a full diagnostic, instead focusing on limited repairs and coercing Plaintiff into signing documents under duress.

8. Plaintiff reported loud grinding noises, which Tesla failed to inspect or repair.

9. Tesla attempted to charge Plaintiff for unnecessary repairs, including new seats that were already functioning properly. After pushback, Tesla acknowledged the seats were in working condition.

10. In January 2025, Plaintiff took the vehicle for a state inspection and failed due to a newly appearing dashboard signal. Tesla's Duluth service center demanded a second diagnostic payment without justifying it.

11. Plaintiff was coerced, mistreated, and verbally threatened with storage fees and towing if they didn't comply. Tesla service staff acted rudely, unfairly, and failed to communicate any findings or explanations.

12. Despite repeated certified demand letters sent in good faith, Tesla failed to respond formally and refused all relief.

13. The vehicle continues to suffer from unresolved mechanical and electrical issues, including battery loss, mileage drain, and broken interior panels that were not present before service.

## IV. CLAIMS FOR RELIEF

Count I – Violation of Magnuson-Moss Warranty Act (15 U.S.C. § 2301)

14. Tesla provided post-sale service under false representations, charging for unjustified repairs and failing to disclose material repair issues.

Count II – Georgia Fair Business Practices Act (O.C.G.A. § 10-1-393)

15. Tesla engaged in unfair and deceptive practices, coercive service tactics, false repair claims, and denial of service rights.

Count III – Fraud and Negligent Misrepresentation

16. Tesla knowingly or recklessly misrepresented the nature and necessity of repairs, omitted key diagnostic results, and concealed defects.

Count IV – Breach of Implied Duty of Good Faith and Fair Dealing

17. Tesla failed to act in good faith when it refused to honor proper diagnostic requests and attempted to upsell unnecessary repairs.

Count V – Emotional Distress and Coercive Conduct

18. Plaintiff suffered anxiety, emotional harm, and financial distress as a result of Tesla's coercive service tactics and failure to repair safety issues.

Count VI – Violation of Consumer Protection Rights

19. Tesla's practices violated Plaintiff's rights under Georgia and federal consumer protection laws, including failure to disclose, threats of vehicle storage, and denial of clear repair explanations.

## V. RELIEF REQUESTED

Plaintiff seeks the following relief: Total: $184,276

- $97,276 in actual and consequential damages (including ~$12,000 in repair expenses).
- $25,000 for emotional distress and coercive conduct.
- $50,000 in punitive damages for bad faith, deceptive practices, and service manipulation.
- A new Tesla Model Y or X delivered to resident and Plaintiff's choice with lifetime free supercharging, driving assist free, all features replacing Tesla 3 model courtesy.
- A permanent no-retaliation clause ensuring Plaintiff's continued access to Tesla services.
- Any additional relief the Court deems just and proper. An apology letter.

## VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Ernie Samuel

P.O. Box 216

Roswell GA 30077

305.333.9038

mia4show2011@gmail.com